# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

RECEIVED BY U.S. MAIL
2002 FEB -5 AM 9:25
CLERK U.S. DIST. COURT MINNEAPOLIS, MN

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-74 DWF/AJB Case Title: Andersen Windows v Delmarva Sash

**Affidavit of Movant**

I, LEON R. GOODRICH, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice DAVID A. SHIRLEN, an attorney admitted to practice in the Middle District of North Carolina, but not admitted to the bar of this court, who will be counsel for the (x)plaintiff ( )defendant Andersen Windows in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 3616X February 1, 2002
Signature LEON R. GOODRICH MN Attorney License # Date
OPPENHEIMER WOLFF & DONNELLY LLP
3300 Plaza VII Building, 45 S. Seventh Street, Minneapolis, MN 55402 (612)607-7000

**Affidavit of Proposed Admittee**

I, David A. Shirlen, am currently a member in good standing of the U.S. District Court for the Middle District of North Carolina, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

David A. Shirlen [signature] January 28, 2002
Type/Print Name Signature Date

Attorney License Number: NC State Bar No. 13701

Law Firm Name & Address:
Womble Carlyle Sandridge & Rice, PLLC
Post Office Drawer 84
Winston-Salem, North Carolina 27102

Telephone: (336) 721-3629

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

FEB 06 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FEB 06 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK