# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

RECEIVED BY U.S. MAIL
2002 FEB -6 AM 9:25
CLERK, U.S. DIST. COURT MINNEAPOLIS, MN

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-74 DWF/AJB Case Title: Andersen Windows/Delmarva Sash

**Affidavit of Movant**

I, LEON R. GOODRICH, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice MARK M. POOVEY, an attorney admitted to practice in the Middle District of North Carolina, but not admitted to the bar of this court, who will be counsel for the (X) plaintiff ( ) defendant Andersen Windows in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: Leon R. Goodrich (signed) — MN Attorney License # 3616X — Date: February 1, 2002

OPPENHEIMER WOLFF & DONNELLY LLP
3300 Plaza VII Building, 45 S. Seventh Street, Minneapolis, MN 55402 (612) 607-7000

**Affidavit of Proposed Admittee**

I, Mark N. Poovey, am currently a member in good standing of the U.S. District Court for the Middle District of North Carolina, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Mark N. Poovey — Signature: Mark N. Poovey (signed) — Date: January 24, 2002

Attorney License Number: NC State Bar No. 9416

Law Firm Name & Address:
Womble Carlyle Sandridge & Rice, PLLC
Post Office Drawer 84
Winston-Salem, North Carolina 27102

Telephone: (336) 721-3641

Motion Granted: (signed)
For the Court: Richard D. Sletten, Clerk

Date: FEB 06 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FEB 06 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK