UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. 02-CV-74 (DF/AJB)

Andersen Windows, Inc.

v.

Delmarva Sash & Door

**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT**

Plaintiff and Defendant in the above-referenced case, through their undersigned attorneys, hereby stipulate that Defendant may have until April 15, 2002 to answer, move, or otherwise respond to the Complaint in the above-referenced matter.

Dated: April 12, 2002

OPPENHEIMER WOLFF & DONNELLY, LLP

By: ______________________

Leon Goodrich
Kari Wraspir
Plaza VII, Suite 3300
45 S. 7th St.
Minneapolis, MN 55402-1609
Telephone: (612) 607-7342

Counsel for Plaintiff

Dated: April 12, 2002

DORSEY & WHITNEY LLP

By: ______________________

Seth J. Sergent-Leventhal #263357
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-7887

Counsel for Defendant

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

Defendant shall answer, move, or otherwise respond by April 15, 2002 to the complaint.

Dated: April 15, 2002

**BY THE COURT:**

______________________
Judge of District Court

APR 15 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______