139518

UNITED STATES DISTRICT COURT
District of Minnesota

# PETITION FOR ADMISSION PRO HAC VICE

Case Number:

## AFFIDAVIT OF MOVANT

I, SETH J. SERGENT-LEVENTHAL, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice DAVID REIF, an attorney admitted in the District of CONNECTICUT, but not admitted to the bar of this court, who will be counsel for the Plaintiff X Defendant in the case(s) listed below. I am aware that the local court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Seth J. Sergent-Leventhal
Type/Print Name

Signature

Minnesota Attorney License Number: 263357 Date: April 9, 2002

Law Firm Name & Address: Dorsey & Whitney LLP
50 S. 6th St., Suite 1500
Minneapolis, MN 55402-1498

Telephone: (612) 340-7887 Fax: (612) 340-2807

## AFFIDAVIT OF PROPOSED ADMITTEE

I, DAVID A. REIF, am currently a member in good standing of the U.S. District Court for the District of CONNECTICUT, but not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

David A. Reif
Type/Print Name

Signature

Date: 4/17, 2002

Attorney License Number: 049350

Law Firm Name & Address: Cummings & Lockwood
700 State Street
P.O. Box 1960
Stamford, CT 06904-0210

Telephone: (203) 782-3049 Fax: (203) 786-8537

Case No.: 02-CV-74 (DF/AJB) Judge Assigned: Hon. Donovan Frank
Case Title: Andersen Windows, Inc. v. Delmarva Sash & Door

Motion Granted: APR 24 2002
For the Court, ~~Francis E. Dosal~~, Clerk

*Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.*

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, Minnesota 55101

12/97



FILED APR 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK