**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Windows, Inc., a Minnesota corporation,

Plaintiff,

v.

Delmarva Sash & Door Co. of Maryland, Inc., a Maryland corporation,

Defendant.

Civil No. 02-74 (DWF/AJB)

**MEMORANDUM OPINION AND ORDER**

---

Leon R. Goodrich, Esq., Oppenheimer Wolff & Donnelly, L.L.P., W 1700 First Bank Building, 332 Minnesota Street, St. Paul, Minnesota 55101; Kari L. Wraspir, Esq., Oppenheimer Wolff & Donnelly L.L.P., 3400 Plaza VII Building, 45 South Seventh Street, Minneapolis, Minnesota 55402; Mark N. Poovey, Esq., and David A. Shirlen, Esq., Womble Carlyle Sandridge & Rice PLLC, P.O. Drawer 84, Winston-Salem, North Carolina 27102, on behalf of Plaintiff.

Seth J. Sergent-Leventhal, Esq., Dorsey & Whitney L.L.P., 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402-1498 and David A. Reif, Esq., Cummings & Lockwood L.L.C., 700 State Street, P.O. Box 1960, New Haven, Connecticut 06904-0210, on behalf of Defendant.

---

The above-entitled matter is before the undersigned United States District Judge pursuant to Defendant's request for leave to file a motion for reconsideration of the Court's Order of June 28, 2002. This Order stayed the current proceeding pending a determination or resolution of the concurrent action between the parties in the United States District Court for the District of Maryland.

Pursuant to Local Rule 7.1(g), a request for leave to file a motion for reconsideration will only be granted upon a showing of "compelling circumstances." Here, the Defendant asserts that the Court's decision to grant a stay and the Defendant's use of this Court's Order in the pending

FILED AUG 0 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Maryland District Court proceeding amount to "compelling circumstances." The Court finds that they do not.

Plaintiff first asserts that the Court's decision to stay the proceeding pending resolution of the Maryland action was based upon clear errors of law. The Court considered all of Plaintiff's and Defendant's arguments upon reaching its decision in the first Order, and sees no compelling circumstances that merit revisiting these issues.

Plaintiff also contends that Defendant has misused this Court's Order in the pending Maryland District Court action. It is the view of the Court that Defendant has not improperly used this Court's Order to influence the Maryland District Court. Appropriately, the Defendant notified the Maryland District Court of the outcome of this Court's Order. If Plaintiff wishes to challenge the characterization of this Court's Order in the Maryland District Court, the proper forum for doing so is in the Maryland District Court.

Based upon the submissions of the parties, the record before the Court, and the procedural history of this litigation, the Court hereby enters the following:

**ORDER**

1. Defendant's Motion for Leave to File a Motion for Reconsideration (Doc. No. ___) is **DENIED**.

Dated: August 5, 2002

DONOVAN W. FRANK
Judge of United States District Court