ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andersen Windows, Inc., a Minnesota corporation,

Plaintiff,

vs.

Delmarva Sash & Door Co. of Maryland, Inc., a Maryland corporation,

Defendant.

**Civ. No. 02-CV-74 (DWF/AJB)**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between Andersen Windows, Inc., Plaintiff, and Delmarva Sash & Door Co. of Maryland, Inc., Defendant, through their respective counsel, that this action, and all claims asserted herein, shall be fully and finally dismissed with prejudice, each party to bear its own costs and attorney's fees.

Date: October 30, 2003.

**OPPENHEIMER WOLFF & DONNELLY LLP**

By [signature]
Leon R. Goodrich #3616X
Kari L. Wraspir #028029X

3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100
E-Mail: lgoodrich@oppenheimer.com
kwraspir@oppenheimer.com

**WOMBLE CARLYLE SANDRIDGE & RICE PLLC**
Mark N. Poovey (N.C. State Bar No. 9416)
David A. Shirlen (N.C. State Bar No. 13701)
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 721-3600
Fax: (336) 733-8383
Email: mpoovey@wcsr.com
dshirlen@wcsr.com

**ATTORNEYS FOR PLAINTIFF**

FILED NOV 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 14 2003
DEPUTY CLERK

ORIGINAL

Date: October 30 , 2003.

DORSEY AND WHITNEY LLP

By ______________________________
Seth J. S. Leventhal #263357

Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600
Fax Telephone: (612) 340-2868
E-Mail: *leventhal.seth@dorseylaw.com*

**ATTORNEYS FOR DEFENDANT**

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation executed by counsel herein, this action is hereby dismissed with prejudice and without costs and disbursements to any party.

Let Judgment Be Entered Accordingly.

Dated this 14th day of March, 2003.

BY THE COURT:

______________________________
Honorable Donovan W. Frank
United States District Court Judge

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.